☒     **New Matter**

☐     **Amendment Relating to a Pending Matter**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>**FLORELLA DIAL, ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF CARLEY DIAL** | **MDL No. 1:13-md-2428-DPW**<br><br>**SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |

      The Plaintiff(s) named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference.  Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case.  Plaintiff(s) further allege as follows:

1.    Plaintiff: CARLEY DIAL, Deceased

2.    Plaintiff's Spouse (*if applicable*): FLORELLA DIAL

3.    Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.): FLORELLA DIAL, as Anticipated Personal Representative of the Estate of CARLEY DIAL.

4.    State of Residence: North Carolina

5a.    ☒    By checking here, I choose Massachusetts as the "home" forum.

5b.    If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing

6.    Defendant(s) [*check each Defendant against whom Complaint is made*]:[1]

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged, the specific facts supporting these allegations must be pleaded by the Plaintiff in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to the *Short Form Complaint.*

1

☒ FRESENIUS MEDICAL CARE HOLDINGS, INC.

☒ FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a  FRESENIUS MEDICAL CARE NORTH AMERICA

☒ FRESENIUS USA, INC

☒ FRESENIUS USA MANUFACTURING, INC.

☒ FRESENIUS USA MARKETING, INC.

☒ FRESENIUS USA SALES, INC.

☒ FRESENIUS MEDICAL CARE AG & CO. KGaA.

☒ FRESENIUS MEDICAL CARE MANAGEMENT AG.

☒ FRESENIUS SE & CO, KGaA.

☒ FRESENIUS MANAGEMENT SE.

☐ Other

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other

Other allegations of jurisdiction and venue:

8. On or about February 3, 2012, Decedent suffered from a cardiac arrest and died the same day which is alleged to have been caused by Defendants NaturaLyte and/or GranuFlo administered to Plaintiff for dialysis treatment at:

Fresenius Medical Care Pembroke, 1327 Harry West Lane, Pembroke, NC 28372

9. The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

☒ Count I -     STRICT LIABILITY

☒ Count II -    NEGLIGENT FAILURE TO WARN

☒ Count III -   NEGLIGENT DESIGN

☒ Count IV -    NEGLIGENCE

☒ Count V -   NEGLIGENT MISREPRESTATION

☒ Count VI -   BREACH OF IMPLIED WARRANTY OF MECHANGABILITY

☒ Count VII -   BREACH OF IMPLIED WARRANTY OF FITNESS FOR PARTICULAR PURPOSE

☒ Count VIII -   BREACH OF EXPRESS WARRANTY

☒ Count IX -   FRAUD

☒ Count X -   VIOLATION OF CONSUMER PROTECTION LAWS

☐ Count XI -   LOSS OF CONSORTIUM

☒ Count XII -   WRONGFUL DEATH

☒ Count XIII-   SURVIVAL ACTION

☐ Other Count(s) (*See* FN1)

10. Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN1):

|   |
|---|
|   |
|   |
|   |

11. Plaintiff asserts the following additional theories against Defendants <u>other than</u> those identified in Paragraph 6 above (*See* FN1):

|   |
|---|
|   |
|   |
|   |

**WHEREFORE**, Plaintiffs pray for relief as set forth in *The Master Complaint and Jury Demand* filed in MDL No. 2428.

DATED:  March 21, 2014

By: *s/Lauren Guth Barnes*
Lauren Guth Barnes, BBO#: 663819
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
E-mail:  lauren@hbsslaw.com


By: *s/Leif Garrison*
Leif Garrison
HAGENS BERMAN SOBOL SHAPIRO LLP
2301 E. Pikes Peak Avenue
Colorado Springs, CO 80909
Telephone: (719)635-0377
Facsimile: (719)635-2920
E-mail: leif@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
E-mail:  steve@hbsslaw.com

Robert B. Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012
E-mail: rob@hbsslaw.com